AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Danville
MAY 2 2 2008
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
) Case No: 4:99CR70049-001
Robert James Graves ) USM No: 08203-084
)
Date of Previous Judgment: June 12, 2000 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ___ to ___ months    Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant was convicted of operating a continuing criminal enterprise in violation of 21 U.S.C. § 848, which by statute carries a mandatory term of life imprisonment. Amendment 706 to the United States Sentencing Guidelines has no effect on a sentence imposed pursuant to a statutory minimum. Therefore, Defendant is not eligible for a sentence reduction under 18 U.S.C. § 3582 (c)(2).

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 22, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title